No. 372, Misc. BENT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 380, Misc. SEYMORE v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 381, Misc. OLIVO v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 382, Misc. WELLINGTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 383, Misc. KEYS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 385, Misc. SWANSON v. REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. John D. LaBelle* for respondent.

No. 398, Misc. CRUZ v. COLORADO. Sup. Ct. Colo. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James F. Pamp,* Assistant Attorney General, for respondent.

No. 402, Misc. FJELLHAMMER v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States.